JOSEPH L. CHAIREZ, Bar No. 98698
SEAN A. ANDRADE, Bar No. 223591
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone: 714.754.6600
Facsimile: 714.754.6611
Email: jchairez@bakerlaw.com

KENNETH J. SHEEHAN (DC Bar No. 38304)
(*pro hac vice* pending)
A. NEAL SETH (DC Bar No. 477011)
(*pro hac vice* pending)
ANNETTE K. KWOK (DC Bar No. 499249)
(*pro hac vice* pending)
BAKER & HOSTETLER LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

Attorneys for Plaintiff
LDS TEST AND MEASUREMENT LLC

E-filing
ADR
ORIGINAL FILED
MAY 14 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>C08 - 02465 SBA<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE SECRET MISAPPROPRIATION, UNJUST ENRICHMENT, CONVERSION, CONSTRUCTIVE TRUST, ACCOUNTING AND INJUNCTIVE RELIEF**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiff LDS Test and Measurement LLC ("LDS") hereby alleges as follows:

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

## JURISDICTION

1.     This Court has personal jurisdiction over Defendants, who have conducted business activities in, and directed to, California; are a primary participant in illegal acts in California; and have purposefully availed themselves of the opportunity to conduct commercial activities in this forum.

2.     This Court has subject matter jurisdiction over LDS's claims for copyright infringement, trade secret misappropriation and related claims pursuant to 17 U.S.C. § 101 *et seq.* and 28 U.S.C. §§ 1331 and 1338(a).

## INTRODUCTION

3.     This is an action by LDS to recover damages arising from infringement of LDS's copyrights by Defendants, and to enjoin Defendants' current and future infringement.  Defendants are actively engaged in selling software whose source code was derived from LDS as well as distributing corresponding software manuals that are derived from LDS.  In addition to damages, LDS seeks an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and other injunctive relief.

## THE PARTIES

4.     Plaintiff LDS is a Delaware limited liability company with its marketing office in Scotts Valley, California, which is within Santa Cruz County. LDS develops, markets, and distributes computer software related to vibration testing and measurement.

5.     LDS has its engineering office in Middleton, Wisconsin.  LDS develops, markets, and distributes computer software related to vibration testing and measurement.

6.     Upon information and belief, Defendant Vicon Tech International, Inc. is a corporation organized and existing under the laws of California with a principal place of business in Cupertino, California, which is within Santa Clara County.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

7.    Upon information and belief, Defendant Econ Group, Inc. is a corporation organized and existing under the laws of New Jersey with a principal place of business in Princeton Junction, New Jersey.

8.    Upon information and belief, Defendant Hangzhou Yiheng Technologies Co., Ltd. is a corporation organized and existing under the laws of China with a principal place of business in Hangzhou, China.

9.    Upon information and belief, Hangzhou Yiheng Technologies distributes the infringing software related to vibration testing and measurement in the United States through Vicon Tech International, Inc. and Econ Group, Inc.

10.    The true names and capacities, whether individual, corporate, associate or otherwise, of defendants named herein as DOES 1 through 10, and each of them, are unknown to Plaintiff who therefore sues these defendants by such fictitious names.  Plaintiff will amend this complaint to show the true names and capacities of the DOE Defendants when the same have been ascertained.

11.    Further, Plaintiff is informed and believes and based thereon alleges that at all times mentioned herein, all defendants, and each of them, were the agents, employees or alter egos of each of the remaining defendants and that in doing the things alleged, each defendant was acting within the scope and course of such agency and employment, and each defendant has consented, ratified and approved the acts and conduct of the remaining defendants.  Plaintiff is informed and believes and based thereon alleges that at all times mentioned herein, all defendants, and each of them, are and were responsible in some way, in whole or in part, for the damages, injuries, losses, claims, demands, or any of them, suffered by Plaintiff and complained of herein.

## **VENUE**

12.    Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events giving rise to LDS's claims occurred in this District.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

## INTRADISTRICT ASSIGNMENT

13.    Assignment to the San Jose Division pursuant to Civil Local Rule 3-2(e) is proper because Santa Clara County is where a substantial part of the events which gave rise to the claims at issue occurred and will continue to occur.  In addition, Plaintiff is located in Santa Cruz County and Defendant Vicon Tech International, Inc. is located in Santa Clara County.

## BACKGROUND AND ALLEGATIONS

14.    LDS develops, advertises, markets, and distributes a number of products directed to high quality vibration test systems, including the hardware and software involved in data acquisition, recording, simulation, testing, analysis and reporting applications.

15.    LDS developed, advertises, markets, and distributes products called Laser Shaker Control System and Comet Shaker Control System, both of which use the Shaker Control software.  LDS holds a valid copyright in the Shaker Control software that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for the Shaker Control software, bearing the number TXu1-569-749 is attached hereto as Exhibit 1 and is incorporated by reference.  The corresponding user guide for the Shaker Control software was also duly and properly registered with the United States Copyright Office.  True and correct copies of the Registration Certification for the Shaker Control user guide and Supplementary Registration, bearing the numbers TX 6-614-783 and TX 6-810-953, respectively, are attached hereto as Exhibits 2 and 3.

16.    LDS developed, advertises, markets, and distributes a product called Dynamic Signal Analyzer, which uses RT Pro software.  LDS holds a valid copyright in the RT Pro software that was duly and properly registered with the United States Copyright Office.  True and correct copies of the Registration Certificate for the RT Pro software and Supplementary Registration, bearing the

numbers TXu1-291-924 and TXu1-369-694, respectively, are attached hereto as Exhibits 4 and 5 and are incorporated by reference. The corresponding user guide for the RT Pro software was also duly and properly registered with the United States Copyright Office. True and correct copies of the Registration Certification for the RT Pro user guide and Supplementary Registration, bearing the numbers TX 6-810-952 and TX 6-614-782, respectively, are attached hereto as Exhibits 6 and 7 and are incorporated by reference.

17.    Mr. Zhang Wei Chen worked as a distributor for Dactron, a predecessor to LDS, through a company called Hanzhou Si-Hai Tong.

18.    Under agreements with Dactron, Mr. Chen sold Dactron Dynamic Signal Analyzers utilizing the RT Pro software in China, as well as privately-labeled Dactron Laser and Comet Shaker Control Systems utilizing the Shaker Control software.

19.    Mr. Chen worked at the Dactron office in Milpitas, California from approximately March to September 2000, and the nature of his work provided him access to the software source code for both the Shaker Control and RT Pro software. On March 30, 2000, Mr. Chen signed a Confidential Non-Disclosure Agreement.

20.    Under the License Agreement for Shaker Control Software, Mr. Chen was not allowed to modify, reverse engineer or copy the software or accompanying materials, or rent or transfer the software.

21.    Upon information and belief, Mr. Chen misappropriated the software code for the RT Pro and Shaker Control software, possibly with the help of others.

22.    Defendants Vicon Tech International, Econ Group, Inc., and Hanzhou Yiheng Technologies currently market, advertise, and distribute shaker control systems called "UCON Vibration Controller" and dynamic signal analyzers called "Avant Dynamic Signal Analysis System" in the United States.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

## FIRST CAUSE OF ACTION – COPYRIGHT INFRINGEMENT

23.    LDS repeats and incorporates by reference each and every allegation set forth in paragraphs 1-22 above.

24.    LDS is the sole owner of the software and associated manuals identified in paragraphs 15 and 16, above, and all the corresponding copyrights and Certificates of Registration.

25.    Defendants have infringed the copyrights in LDS's software, including, but not limited to those described in paragraphs 15 and 16, above, by selling, offering to sell, and distributing infringing materials in the United States without approval or authorization from LDS.

26.    Defendants' conduct has been willful within the meaning of the Copyright Act.  At a minimum, Defendants acted with willful blindness to and in reckless disregard of LDS's registered copyrights.

27.    As a result of this wrongdoing, Defendants are liable to LDS for copyright infringement.  LDS has suffered, and will continue to suffer substantial losses, including but not limited to, damage to its commercial activity, business reputation, and goodwill.  LDS is entitled to recover damages, which include its losses and all profits Defendants have made as a result of its wrongful conduct pursuant to 17 U.S.C. § 504(b).

28.    LDS is also entitled to injunctive relief enjoining Defendants' wrongful conduct pursuant to 17 U.S.C. § 502 and an order impounding all infringing materials pursuant to 17 U.S.C. §§ 503 and 509(a).  LDS has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) LDS's copyrights are unique and valuable property which have no readily determinable market value; (b) Defendants' infringement harms not only LDS's commercial sales, but business reputation and goodwill such that LDS could not be made entirely whole by any monetary award; and (c) Defendants' wrongful conduct, and the resulting damage to LDS, is continuing.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 6 -

29.   LDS is also entitled to recover its attorney's fees and costs of suit pursuant to 17 U.S.C. § 505, and such other relief as the Court finds equitable and just.

**SECOND CAUSE OF ACTION – TRADE SECRET MISAPPROPRIATION**

30.   LDS repeats and incorporates by reference each and every allegation set forth in paragraphs 1-29 above.

31.   The software and associated manuals identified in paragraphs 15 and 16, above, include trade secrets that are subject to protection under California's Uniform Trade Secrets Act, Cal. Civil Code § 3426 *et seq.*, and the relevant precedents and standards established thereunder.

32.   The software and associated manuals identified in paragraphs 15 and 16, above, includes code that derives independent economic value by not being accessible, through proper means, to competitors, who can profit from its explicit or implicit and/or intentional or inevitable use or disclosure.

33.   LDS has taken reasonable and adequate measures under the circumstances to maintain the secrecy of the software and associated manuals identified in paragraphs 15 and 16, above.

34.   Agents of Defendants, including Zhang Wei Chen, and possibly others who aided him, knowingly and willfully misappropriated and used the software and associated manuals identified in paragraphs 15 and 16, above, without justification or claim of right, despite signing a Confidential Non-Disclosure Agreement.

35.   The foregoing conduct constitutes an actual misappropriation and misuse of the software and associated manuals identified in paragraphs 15 and 16, above.

36.   Defendants' actions, including those of their agents and other colluding persons, in the misappropriation and misuse of the software and manuals identified in paragraphs 15 and 16, above, were willful and malicious.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 7 -

37.    As a consequence of the foregoing, LDS has suffered and will continue to suffer irreparable harm and loss.

38.    LDS is entitled to a judgment in its favor and against Defendants in an amount to be determined at trial, together with an award of attorney's fees and costs as provided by law, and such other relief as the Court finds equitable and just.

### THIRD CAUSE OF ACTION – UNJUST ENRICHMENT

39.    LDS repeats and incorporates by reference each and every allegation set forth in paragraphs 1-38 above.

40.    LDS never waived any rights associated with the software and manuals identified in paragraphs 15 and 16, above.

41.    Defendants, including their agents and other colluding persons, appropriated the software and manuals identified in paragraphs 15 and 16, above, as their own to the detriment of LDS.

42.    As a result of their improper actions in connection with the software and manuals identified in paragraphs 15 and 16, above, Defendants have been unjustly enriched to the extent they have received monetary benefit without compensation to LDS.

43.    Defendants were aware of, and have knowledge of, the benefits conferred upon them by their use of the software and manuals identified in paragraphs 15 and 16, above.

44.    Under these circumstances, Defendants' receipt and retention of any monetary benefits conferred upon them from the use of the software and manuals identified in paragraphs 15 and 16, above, would be unjust.

45.    LDS is entitled to a disgorgement and restitution of all economic benefits that Defendants derived from the use of the software and manuals identified in paragraphs 15 and 16, above.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

46.    LDS is entitled to a judgment in its favor and against Defendants in an amount to be determined at trial, together with an award of attorney's fees and costs as provided by law, and such other relief as the Court finds equitable and just.

## FOURTH CAUSE OF ACTION – CONVERSION

47.    LDS repeats and incorporates by reference each and every allegation set forth in paragraphs 1-46 above.

48.    LDS has a right of possession, title, and interest to the software and manuals identified in paragraphs 15 and 16, above.

49.    Defendants, including their agents and other colluding persons, intentionally and maliciously took from LDS the software and manuals identified in paragraphs 15 and 16, above.

50.    Defendants, including their agents and other colluding persons, improperly appropriated the software and manuals identified in paragraphs 15 and 16, above, for their own use and benefit.

51.    Such unauthorized intentional domain and use by Defendants of the software and manuals identified in paragraphs 15 and 16, above, constitutes conversion.

52.    LDS has been injured as a direct and consequential result of Defendants' conversion.

53.    LDS is entitled to a judgment in its favor and against Defendants in an amount to be determined at trial, together with an award of attorney's fees and costs as provided by law, and such other relief as the Court finds equitable and just.

## FIFTH CAUSE OF ACTION – CONSTRUCTIVE TRUST

54.    LDS repeats and incorporates by reference each and every allegation set forth in paragraphs 1-53 above.

55.    Defendants' actions and conduct constitute deceptive, fraudulent, and wrongful conduct.  By virtue of Defendants' wrongful acts and conduct, Defendants have illegally received money and profits that rightfully belong to LDS.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

56.     LDS is entitled to recover all profits of Defendants that are attributable to its wrongful conduct as alleged in Causes of Action 1-4, as set forth above.

57.     Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, and/or personal property that can be located and traced.

58.     Defendants hold the money and profits it illegally received as constructive trustee for the benefit of LDS.

## SIXTH CAUSE OF ACTION – ACCOUNTING

59.     LDS repeats and incorporates by reference each and every allegation as set forth in paragraphs 1-58, above.

60.     LDS is entitled to recover all profits of Defendants that are attributable to its wrongful conduct as alleged in Causes of Action 1-4, as set forth above.

61.     The amount of money due from Defendants to LDS is unknown to LDS and cannot be ascertained without detailed accounting by Defendants of the precise number of units of infringing material distributed by Defendant and the corresponding sale price.

## PRAYER FOR RELIEF

WHEREFORE, LDS respectfully prays for judgment as follows:

1.     That the Court enter a judgment against Defendants finding that they have jointly and severally:

a.     Willfully infringed LDS' rights in federally registered copyrights;

b.     Willfully misappropriated LDS' trade secrets; and

c.     Otherwise injured the business reputation and business of LDS by the acts and conduct set forth in this Complaint.

2.     That the Court issue permanent injunctive relief against Defendants, and that Defendants, their agents, representatives, servants, employees, attorneys,

COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE SECRET MISAPPROPRIATION, ETC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

1   successors and assigns, and all others in active concert or participation with the

2   Defendants, be enjoined and restrained from:

3          a.      imitating, copying, or making any other infringing use or

4   infringing distribution of the software and/or materials protected by LDS's

5   copyrights;

6          b.      manufacturing, assembling, producing, distributing, offering for

7   distribution, circulating, selling, offering for sale, advertising, importing, promoting

8   or displaying any software, item, or thing protected by LDS copyrights;

9          c.      using any LDS registered copyrights in connection with the

10  manufacture, assembly, production, distribution, offering for distribution,

11  circulation, sale, offering for sale, import, advertisement, promotion or display of

12  any software program, item, and/or thing not authorized or licensed by LDS; and

13         d.      assisting, aiding or abetting any other person or business entity

14  in engaging in or performing any of the activities referred to in subparagraphs a

15  through c above.

16      3.      That the Court enter an order impounding all infringing software, and

17  any related items, including business records, that are in Defendants' possession or

18  control, and ordering the remedial destruction of all impounded items.

19      4.      That the Court enter an order declaring that Defendants jointly and

20  severally hold in trust, as constructive trustee for the benefit of LDS, all monies

21  received by Defendants from its distribution or sale of infringing software and/or

22  materials, and issue temporary and permanent injunctive relief enjoining and

23  restraining Defendants and their agents from transferring, concealing or dissipating

24  all such profits and assets.

25      5.      That the Court enter an order requiring Defendants to provide LDS a

26  full and complete accounting of all profits received by Defendants from their

27  distribution or sale of infringing software and/or materials, and of any other

28  amounts due and owing to LDS as a result of Defendants' illegal activities.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

6.    That the Court order Defendants to pay LDS's general, special, and actual damages, including Defendants' profits.

7.    That the Court order Defendants to pay to LDS the costs of this action and the reasonable attorney's fees incurred by LDS in prosecuting this action.

8.    That the Court grant to LDS such other and additional relief as is just and proper.

## **JURY DEMAND**

Plaintiff demands a trial by jury of all matters to which it is entitled to trial by jury pursuant to Fed. R. Civ. P. 38.

Dated:   May 13, 2008                    BAKER & HOSTETLER LLP


_____
Joseph L. Chairez

Joseph L. Chairez
Sean A. Andrade
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California  92626-7221
(714) 754-6600
jchairez@bakerlaw.com

Kenneth J. Sheehan
A. Neal Seth
Annette K. Kwok
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone:  (202) 861-1500
Facsimile:  (202) 861-1783

Attorneys for Plaintiff,
LDS TEST AND MEASUREMENT LLC

501884057.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT,
TRADE SECRET MISAPPROPRIATION, ETC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-569-749

**Effective date of registration:**

November 20, 2007

## Title

| | |
|---|---|
| **Title of Work:** | Shaker Control Software v.4.7 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2002 |

## Author

| | |
|---|---|
| ■   **Author:** | Dactron Incorporated |
| **Work made for hire:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | LDS Test and Measurement LLC |
| | 8551 Research Way, M/S 140, Middleton, WI, 53562 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Gary Rinkerman |
| **Date:** | November 19, 2007 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding copyright claimant: The title to the copyright of this work was acquired by LDS Test and Measurement LLC via written agreement. |

IPN#:

Registration #:

★ T X U 0 0 1 5 6 9 7 4 9 ★

Service Request #:  1-20563745

Baker & Hostetler LLP
Gary Rinkerman
1050 Connecticut Ave.
Suite 1100
Washington, DC 20036

Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-614-783**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

NOV 13 2007
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼

Shaker Control User Guide Rev. 4.7

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| TX 6-810-953 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Dactron Incorporated | LDS Test and Measurement Limited |

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number __4__        Line Heading or Description  Copyright Claimant(s) / Transfer Statement

Incorrect Information as It Appears in Basic Registration ▼

LDS Test and Measurement Limited        Heath Works, Baldock Road, Royston, Herts, SG8 5BQ, England

Corrected Information ▼

LDS Test and Measurement LLC        8551 Research Way, M/S 140, Middleton, WI 53562, USA

Explanation of Correction ▼

Typographical and record/file error.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
                      • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ___ pages

FORM CA RECEIVED

**NOV 13 2007**

FUNDS RECEIVED DATE

FORM CA

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Incorrect Information: Ownership of the copyright in the User Guide was acquired via written agreement between Dactron Inc. and LDS Test and Measurement Ltd.

Correct Information: Ownership of the copyright in the User Guide was acquired by LDS Test and Measurement LLC via written agreement.

Explanation of Correction: LDS Test and Measurement LLC is the Copyright Claimant for this work.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 202) 861-1699          Fax ( 202) 861-1783          Email grinkerman@bakerlaw.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of          **LDS Test and Measurement LLC**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ **Gary Rinkerman**                    Date ▼ **11/13/2007**

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
**Gary Rinkerman**

Number/Street/Apt ▼
**Baker & Hostetler LLP, 1050 Connecticut Ave., Suite 1100**

City/State/ZIP ▼
**Washington, DC 20036**

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—**,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-******/**,***

Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-810-953**

**Effective date of
registration:**

September 14, 2007

## Title

**Title of Work:** Shaker Control User Guide Rev. 4.7

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** February 25, 2002        **Nation of 1st Publication:** United States

## Author

**■        Author:** Dactron Incorporated

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** LDS Test and Measurement Limited

Heath Works, Baldock Road, Royston Herts, SG8 5BQ, England

**Transfer Statement:** Ownership of the copyright in the User Guide was acquired via written
agreement . . .

## Limitation of copyright claim

**Material excluded from this claim:** Shaker Control System Manual Versions 1.0, 1. 1, 1.2, 2.0, 2.1, 3.0, 3.5, and
3.8

**Previously registered:** No

**New material included in claim:** Original text, graphics and illustrations added into manual version 4.7

## Certification

**Name:** Gary Rinkerman

**Date:** September 14, 2007

**Correspondence:** Yes

**Copyright Office notes:** Regarding copyright claimant: Application states: "Ownership of the
copyright in the User Guide was acquired via written agreement between
Dactron Inc. and LDS Test and Measurement Ltd."

IPN#:

★ ★

Registration #:

★ T X 0 0 0 6 8 1 0 9 5 3 ★

Service Request #: 1-10442173

Baker & Hostetler LLP
Gary Rinkerman
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036

Exhibit 4

Additional Certificate of Registration

**Certificate of Registration**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TXu 1−291−924**



EFFECTIVE DATE OF REGISTRATION

FEB. 20, 2007
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
RT Pro Software

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼
☀Dactron Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?       ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?       ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED   This information
2002          ◀Year   must be given
              in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month▶          Day▶          Year▶
ONLY if this work
has been published.                                              ◀ Nation

**4**
See instructions
before completing
this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2. ▼
LDS Test and Measurement Limited
Heath Works, Baldock Road, Royston, Herts SG8 5BQ, England

APPLICATION RECEIVED
FEB 20 2007
ONE DEPOSIT RECEIVED
FEB 20 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Ownership of the copyright in RT Pro Software was acquired via written
agreement between Dactron Inc. and LDS Test and Measurement Ltd.

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

*Amended by C.O. per phone call from Annette Kwok of Baker & Hostetler LLP on February 21, 2007.

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Gary Rinkerman
Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036

**b**

Area code and daytime telephone number ▶ 202-861-1500          Fax number ▶ 202-861-1783

Email ▶ grinkerman@bakerlaw.com

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  LDS Test and Measurement Limited

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gary Rinkerman                          Date ▶ February 20, 2007

Handwritten signature ▼

| | |
| --- | --- |
| Certificate will be mailed in window envelope to this address: | Name ▼ Gary Rinkerman |
| | Number/Street/Apt ▼ Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100 |
| | City/State/Zip ▼ Washington, DC  20036 |

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full  Rev. 11/2006  Print: 11/2006 — 30,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xx-xxx/60,xxx

Exhibit 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REG

**TXu 1 – 369 – 694**

#TXU001369694#

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**NOV 13 2007**

Month        Day        Year

161362396

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼

RT Pro Software

Registration Number of the Basic Registration ▼
TXu1-291-924

Year of Basic Registration ▼
2007

Name(s) of Author(s) ▼
Dactron Incorporated

Name(s) of Copyright Claimant(s) ▼
LDS Test and Measurement Limited

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4        Line Heading or Description   Copyright Claimant(s) / Transfer

Incorrect Information as It Appears in Basic Registration ▼

LDS Test and Measurement Limited      Heath Works, Baldock Road, Royston, Herts, SG8 5BQ, England

Corrected Information ▼

LDS Test and Measurement LLC      8551 Research Way, M/S 140, Middleton, WI 53562, USA

Explanation of Correction ▼

Typographical and record/file error.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 1        Line Heading or Description   Title of this Work

Amplified Information and Explanation of Information ▼

RT Pro Software version 3.3

This registration covers RT Pro Software version 3.3.

---

MORE ON BACK ▶     • Complete all applicable spaces (D-G) on the reverse side of this page.
                   • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of 2 pages

FORM CA RECEIVED

NOV 13 2007

FUNDS RECEIVED DATE

FORM CA

EXAMINED BY _Ha_

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☑ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Incorrect Information: The title to the copyright of the RT Pro software was acquired via written agreement with Dactron Inc. by LDS Test and Measurement.

Correct Information:  The title to the copyright of RT Pro Software was acquired by LDS Test and Measurement LLC via written agreement.

Explanation of Correction:  LDS Test and Measurement LLC is the Copyright Claimant for this work.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 202) 861-1699            Fax ( 202) 861-1783            Email grinkerman@bakerlaw.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant    ☑ duly authorized agent of    **LDS Test and Measurement LLC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Gary Rinkerman

Date ▼   11/13/2007

Handwritten signature (X) ▼

_Gary Rinkerman_

Certificate will be mailed in window envelope to this address:

Name ▼
Gary Rinkerman

Number/Street/Apt ▼
Baker & Hostetler LLP, 1050 Connecticut Ave., Suite 1100

City/State/ZIP ▼
Washington, DC 20036

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—··,000  Printed on recycled paper

U.S. Government Printing Office: 2006—··/·· ···

Exhibit 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-810-952**

**Effective date of registration:**

September 14, 2007

## Title

**Title of Work:**  RT Pro Dynamic Signal Analysis User Guide Rev. 3.3

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** October 1, 2002     **Nation of 1st Publication:** United States

## Author

■   **Author:** Dactron Incorporated

**Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** LDS Test and Measurement Limited

Heath Works, Baldock Road, Royston, Herts, SG8 5BQ, England

**Transfer Statement:** Ownership of the copyright in the User Guide was acquire via written agreement . . .

## Limitation of copyright claim

**Material excluded from this claim:** RT Pro Dynamic Signal Analysis Manual Versions 1.0, 2.0, 2.1, 2.3, and 3.0.

**Previously registered:** No

**New material included in claim:** Original text, graphics and illustrations added into manual version 3.3.

## Certification

**Name:** Gary Rinkerman

**Date:** September 14, 2007

**Correspondence:** Yes

**Copyright Office notes:** Regarding copyright claimant: Application states: "Ownership of the copyright in the User Guide was acquired via written agreement between Dactron Inc. and LDS Test and Measurement Ltd."

Page 1 of 1

IPN#:

✶ ✶

Registration #:

✶ T X 0 0 0 6 8 1 0 9 5 2 ✶

Service Request #:   1-10485832

Baker & Hostetler LLP
Gary Rinkerman
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036

Exhibit 7



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

161362263



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-614-782**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | TRE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**NOV 13 2007**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼

RT Pro Dynamic Signal Analysis User Guide Rev. 3.3

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX 6-810-952 | 2007 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Dactron Incorporated | LDS Test and Measurement Limited |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description  Copyright Claimant(s) / Transfer Statement

Incorrect Information as It Appears in Basic Registration ▼

LDS Test and Measurement Limited     Heath Works, Baldock Road, Royston, Herts, SG8 5BQ, England

Corrected Information ▼

LDS Test and Measurement LLC     8551 Research Way, M/S 140, Middleton, WI 53562, USA

Explanation of Correction ▼

Typographical and record/file error.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶**  · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ___ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| **NOV 13 2007** | |
| FUNDS RECEIVED DATE | |

| EXAMINED BY _Ja_ | FOR |
|---|---|
| CORRESPONDENCE ❑ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B or ❑ Part C

Incorrect Information: Ownership of the copyright in the User Guide was acquired via written agreement between Dactron Inc. and LDS Test and Measurement Ltd.

Correct Information: Ownership of the copyright in the User Guide was acquired by LDS Test and Measurement LLC via written agreement.

Explanation of Correction: LDS Test and Measurement LLC is the Copyright Claimant for this work.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 202 ) 861-1699          Fax ( 202 ) 861-1783          Email grinkerman@bakerlaw.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author          ❑ owner of exclusive right(s)
❑ other copyright claimant   ☑ duly authorized agent of   LDS Test and Measurement LLC
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Gary Rinkerman          Date ▼ 11/13/2007

Handwritten signature (X) ▼●

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Gary Rinkerman |
| | Number/Street/Apt ▼ |
| | Baker & Hostetler LLP, 1050 Connecticut Ave., Suite 1100 |
| | City/State/ZIP ▼ |
| | Washington, DC 20036 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev:07/2006   Print: 07/2006—···,000   Printed on recycled paper          U.S. Government Printing Office: 2006—···/··,···