JOSEPH L. CHAIREZ, Bar No. 98698
SEAN A. ANDRADE, Bar No. 223591
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
Telephone: 714.754.6600
Facsimile: 714.754.6611
Email: jchairez@bakerlaw.com

KENNETH J. SHEEHAN (DC Bar No. 38304)
(*pro hac vice* pending)
A. NEAL SETH (DC Bar No. 477011)
(*pro hac vice* pending)
ANNETTE K. KWOK (DC Bar No. 499249)
(*pro hac vice* pending)
BAKER & HOSTETLER LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

Attorneys for Plaintiff
LDS TEST AND MEASUREMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C08 02465 SBA<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent

1  corporations) or other entities (i) have a financial interest in the subject matter in
2  controversy or in a party to the proceeding, or (ii) have an on-financial interest in
3  that subject matter or in a party that could be substantially affected by the outcome
4  of this proceeding:
5    1.  SPX Corporation, parent corporation.
6    2.  LDS Test and Measurement Ltd.

Dated: May 13, 2008

BAKER & HOSTETLER LLP

_/s/ Joseph L. Chairez_

Joseph L. Chairez
Sean A. Andrade
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221
(714) 756-6600
jchairez@bakerlaw.com

Kenneth J. Sheehan
A. Neal Seth
Annette K. Kwok
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

Attorneys for Plaintiff
LDS TEST AND MEASUREMENT LLC

501884217.1