AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

LDS TEST AND MEASUREMENT LLC
Plaintiff
v.
VICON TECH INTERNAITONAL, INC..; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD., and DOES 1-10, inclusive
Defendant

Civil Action No.

**C08  02465 SBA**

E-filing

## Summons in a Civil Action

To: *(Defendant's name and address)*

Econ Group, Inc., 295 Princeton Highstown Road, Unit 105, Princeton Junction, New Jersey 08550

A lawsuit has been filed against you.

Within **30** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Jospeh L. Chairez | Kenneth J. Sheehan |
| Sean A. Andrade | A. Neal Seth |
| BAKER & HOSTETLER LLP | Annette K. Kwok |
| 600 Anton Boulevard, Suite 900 | BAKER & HOSTETLER LLP |
| Costa Mesa, CA  92626 | Washington Square |
| | Suite 100 |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5304 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: May   , 2008     **MAY 14 2008**

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc
www.FormsWorkflow.com