AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC<br>Plaintiff<br>v.<br>VICON TECH INTERNAITONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD., and DOES 1-10, inclusive<br>Defendant | Civil Action No.<br>**C08 02465 SBA** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Hangzhou Yiheng Technologies Co., Room 402, 26 Zijinguan Road, Shangcheng District, Hangzhou 310003, China

A lawsuit has been filed against you.

Within <u>30</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jospeh L. Chairez  
Sean A. Andrade  
BAKER & HOSTETLER LLP  
600 Anton Boulevard, Suite 900  
Costa Mesa, CA  92626  

Kenneth J. Sheehan  
A. Neal Seth  
Annette K. Kwok  
BAKER & HOSTETLER LLP  
Washington Square  
Suite 100  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036-5304  

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking  
Name of clerk of court

Date: May   , 2008   **MAY 14 2008**

Betty    Walter



American LegalNet, Inc  
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

American LegalNet, Inc
www.FormsWorkflow.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

                                                                      _____
                                                                            Server's signature

                                                                             _____
                                                                           Printed name and title

                                                                             _____
                                                                                 Server's address

American LegalNet, Inc.
www.FormsWorkflow.com