Type name, address, phone number of applicant here
Annette K. Kwok, Baker & Hostetler LLP, Washington Square, Suite 1100,
1050 Connecticut Avenue, NW, Washington, DC 20036; 202-861-1500

Clerk's Use Only
Initial for fee pd.:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LDS TEST AND MEASUREMENT LLC,

Plaintiff(s),    C 08    02465    SBA

v.

VICON TECH INTERNATIONAL, INC.,
ECON GROUP, INC., and HANGZHOU
YIHENG TECHNOLOGIES,

Defendant(s).

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Annette K. Kwok, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing LDS Test and Measurement LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Sean A. Andrade, Esq., Baker & Hostetler LLP, 600 Anton Blvd., Costa Mesa, CA 92362-7221

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/12/2008

Annette K. Kwok

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003179
Cashier ID: waltonb
Transaction Date: 05/14/2008
Payer Name: Baker and Hosteter, LLP
-------------------------------------
PRO HAC VICE
 For: Annette K .Kwok
 Case/Party: D-CAN-5-08-AT-PRCHAC-001
 Amount:     $210.00
-------------------------------------
CHECK
 Check/Money Order Num: 134636
 Amt Tendered: $210.00
-------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case assigned to SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

LDS TEST AND MEASUREMENT LLC,

Plaintiff(s),

v.

VICON TECH INTERNATIONAL, INC., ECON GROUP, INC., and HANGZHOU YIHENG TECHNOLOGIES,

Defendant(s).

CASE NO. C08 02465 SBA

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Annette K. Kwok                                                  , an active member in good standing of the bar of

District of Columbia                                              whose business address and telephone number

(particular court to which applicant is admitted)

is

Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, DC 20036; 202-861-1500

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing  LDS Test and Measurement LLC                              .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge