| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here:

Kenneth J. Sheehan, Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, Washington, D.C. 20036-5304; 202-861-1500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LDS TEST AND MEASUREMENT LLC,

   Plaintiff(s),

v.

VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; and HANGZHOU YIHENG TECHNOLOGIES,

   Defendant(s).

CASE NO. C08-02465 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,    Kenneth J. Sheehan    , an active member in good standing of the bar of   US District Court, S. District of New York   , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing LDS Test and Measurement LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Sean A. Andrade, Esq., Baker & Hostetler LLP, 600 Anton Blvd., Costa Mesa, CA 92326-7221

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/9/2008

Kenneth J. Sheehan

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003180
Cashier ID: waltonb
Transaction Date: 05/14/2008
Payer Name: Baker and Hostetler LLP
------------------------------------
PRO HAC VICE
 For: Kenneth J. Sheehan
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 134637
 Amt Tendered:   $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

case assigned to SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED

MAY 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

E-filing

LDS TEST AND MEASUREMENT LLC,

C08 02465

CASE NO.

SBA

Plaintiff(s),

v.

VICON TECH INTERNATIONAL, INC., ECON GROUP, INC., and HANGZHOU YIHENG TECHNOLOGIES,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kenneth J. Sheehan                                      , an active member in good standing of the bar of

US District Court, Southern District of New York   whose business address and telephone number

(particular court to which applicant is admitted)

is

Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, DC 20036; 202-861-1500

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing   LDS Test and Measurement LLC                          .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California