| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

Type name, address, phone number of applicant here
A. Neal Seth, Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, DC 20036; 202-861-1500

ORIGINAL E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LDS TEST AND MEASUREMENT LLC,

Plaintiff(s),

v.

VICON TECH INTERNATIONAL, INC., ECON GROUP, INC., and HANGZHOU YIHENG TECHNOLOGIES,

Defendant(s).  /

CASE NO. C08 02465 SBA

Filed

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, A. Neal Seth, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing LDS Test and Measurement LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Sean A. Andrade, Esq., Baker & Hostetler LLP, 600 Anton Blvd., Costa Mesa, CA 92362-7221

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/12/2008

_____
A. Neal Seth

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003181
Cashier ID: waltonb
Transaction Date: 05/14/2008
Payer Name: Baker and Hostetler LLP
------------------------------------
PRO HAC VICE
 For: A Neal Seth
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 134638
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

case assigned to SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

E-filing

LDS TEST AND MEASUREMENT LLC,

Plaintiff(s),

v.

VICON TECH INTERNATIONAL, INC., ECON GROUP, INC., and HANGZHOU YIHENG TECHNOLOGIES,

Defendant(s).

CASE NO. C 08-02465 SBA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

A. Neal Seth, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, DC 20036; 202-861-1500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing LDS Test and Measurement LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California