Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, Vicon Tech International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C 08 02465 SBA |
| ) | |
| Plaintiff, ) | ANSWER OF DEFENDANT VICON TECH |
| ) | INTERNATIONAL, INC. |
| vs. ) | |
| ) | |
| VICON TECH INTERNATIONAL, INC.; ) | |
| ECON GROUP INC.; HANGZHOU YIHENG ) | |
| TECNOLOGIES CO., LTD and DOES 1-10, ) | |
| inclusive, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

Defendant Vicon Tech International, Inc., (VICON) answers plaintiff's complaint as follows:

1.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 1, and based thereon, denies each and every allegation.

2.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 2, and based thereon, denies each and every allegation.

3.      VICON denies the allegations in paragraph 3.

4.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 4, and based thereon, denies each and every allegation.

5.      VICON admits the allegations in paragraph 5.

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
ANSWER OF DEFENDANT VICON TECH INTERNATIONAL, INC.

1

6.      VICON admits the allegations in paragraph 6.

7.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 7, and based thereon, denies each and every allegation.

8.      VICON admits the allegations in paragraph 8.

9.      VICON denies distributing infringing software in the United States.

10.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 10, and based thereon, denies each and every allegation.

11.      VICON denies the allegations in paragraph 11.

12.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 12, and based thereon, denies each and every allegation.

13.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 13, and based thereon, denies each and every allegation.

14.      VICON admits the allegations in paragraph 14.

15.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 15, and based thereon, denies each and every allegation.

16.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 16, and based thereon, denies each and every allegation.

17.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 17, and based thereon, denies each and every allegation.

18.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 18, and based thereon, denies each and every allegation.

19.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 19, and based thereon, denies each and every allegation.

20.      VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 20, and based thereon, denies each and every allegation.

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
ANSWER OF DEFENDANT VICON TECH INTERNATIONAL, INC.

2

21.    VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 21, and based thereon, denies each and every allegation.

22.    VICON denies the allegations in paragraph 22.

23.    In response to paragraph 23, VICON incorporates by reference its responses to paragraphs 1 through 22 of the complaint.

24.    VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 24, and based thereon, denies each and every allegation.

25.    VICON denies that it has infringed the copyrights of LDS's software.  VICON lacks sufficient information and belief upon which to admit or deny the remaining allegations in paragraph 25, and based thereon, denies each and every allegation.

26.    VICON denies the allegations in paragraph 26.

27.    VICON denies the allegations in paragraph 27.

28.    VICON denies the allegations in paragraph 28.

29.    VICON denies the allegations in paragraph 29.

30.    In response to paragraph 30, VICON incorporates by reference responses 1 through 29 of the complaint.

31.    VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 31, and based thereon, denies each and every allegation.

32.    VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 32, and based thereon, denies each and every allegation.

33.    VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 33, and based thereon, denies each and every allegation.

34.    VICON denies that it misappropriated and used the software and associated manual identified in paragraphs 15 and 16 of the complaint.  VICON lacks sufficient information

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
ANSWER OF DEFENDANT VICON TECH INTERNATIONAL, INC.

3

and belief upon which to respond to remaining allegations in paragraph 34, and based thereon, denies each and every allegation.

35.     VICON denies the allegations in paragraph 35.

36.     VICON denies the allegations in paragraph 36.

37.     VICON denies that it has caused LDS to suffer irreparable harm and loss.

38.     VICON denies that LDS is entitled to a judgment in its favor.

39.     In response to paragraph 39, VICON incorporates by reference each and every response to paragraphs 1 through 38 of the complaint.

40.     VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 40, and based thereon, denies each and every allegation.

41.     VICON denies that it has appropriated the software and manual identified in paragraphs 15 and 16 of plaintiff's complaint to its own use to the detriment of LDS.

42.     VICON denies the allegations in paragraph 42.

43.     VICON denies the allegations in paragraph 43.

44.     VICON denies the allegations in paragraph 44.

45.     VICON denies the allegations in paragraph 45.

46.     VICON denies the allegations in paragraph 46.

47.     In response to paragraph 47, VICON incorporates by reference each and every response to paragraphs 1 through 46 of the complaint.

48.     VICON lacks sufficient information and belief upon which to admit or deny the allegations in paragraph 48, and based thereon, denies each and every allegation.

49.     VICON denies that it, or its agents, took software and manuals from LDS.

50.     VICON denies that it improperly appropriated software and manuals for its own use.

51.     VICON denies the allegations in paragraph 51.

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
ANSWER OF DEFENDANT VICON TECH INTERNATIONAL, INC.

4

52.    VICON denies that any of its conduct caused injury to LDS.

53.    VICON denies that LDS is entitled to a judgment against them.

54.    In response to paragraph 54, VICON incorporates by reference each and every response to paragraphs 1 through 53 of the complaint.

55.    VICON denies the allegations in paragraph 55.

56.    VICON denies the allegations in paragraph 56.

57.    VICON denies the allegations in paragraph 57.

58.    VICON denies the allegations in paragraph 58.

59.    In response to paragraph 59, VICON incorporates by reference each and every response to paragraphs 1 through 58 of the complaint.

60.    VICON denies the allegations in paragraph 60.

61.    VICON denies the allegations in paragraph 61.

## **PRAYER FOR RELIEF**

WHEREFORE, VICON respectfully prays for judgment as follows:

1.    That plaintiff takes nothing by way of its complaint.

2.    That judgment be entered in VICON's favor.

3.    For cost of the suit and reasonable attorney's fees.

4.    For such other and further relief that the Court deems just and proper.


Dated: June 24, 2008              MANCHESTER, WILLIAMS & SEIBERT




                    _____/s/_____
                    Steven R. Manchester
                    Attorney for Defendant VICON TECH
                    INTERNATIONAL, INC.