| Attorney or Party without Attorney: Baker & Hostetler LLP<br>600 Anton Blvd-900<br>Costa Mesa, CA 92626<br>Telephone No: 714-754-6600   FAX No: 714-754-6611<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of Califronia

Plaintiff: LDS Test and Measurement LLC
Defendant: Vicon Tech International, Inc., et al

| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08 02465 SBA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Summons Re: Hangzhou Yiheng Technologies Co; Summons Re: Econ Group, Inc; Complaint For Copyright Infringement; Certificate Of Interested Parties; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice And Order Re: Annette K. Kowk; Application Of Admission Of Attorney Pro Hac Vice And Order Re: Kenneth J. Sheehan; Application For Admission Of Attorney Pro Hac Vice And Order Re: A. Neal Seth; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served: Vicon Tech International, Inc.

4. Address where the party was served: Ming Zhong, Agent for Service
   20311 Stevens Creek Blvd., Suite D
   Cupertino, CA 95014

5. I served the party:
   b. **by substituted service.** On: Fri., May. 30, 2008 at: 4:00PM by leaving the copies with or in the presence of:
      Eddie Zhong, ASIAN, Male, 25 Years Old, Black Hair, 5 Feet 8 Inches, 140 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Kandefer
   b. ABC Legal Services
      242 No Sutter St-211
      Stockton, CA 95202
   c. 209-937-0348
   d. *The Fee for Service was:* $90.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  1156
      (iii) County:  Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Tue, Jun. 03, 2008

Judicial Council Form      PROOF OF SERVICE      (Michael Kandefer)
Rule 2.150.(a)&(b) Rev January 1, 2007      Summons in a Civil Case      baker.60985

| Attorney or Party without Attorney:<br>Baker & Hostletler LLP<br>600 Anton Blvd-900<br>Costa Mesa, CA 92626<br>Telephone No: 714-754-6600   FAX No: 714-754-6611 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | | | |
| Plaintiff: LDS Test and Measurement LLC | | | | |
| Defendant: Vicon Tech International, Inc., et al | | | | |
| **PROOF OF MAILING**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08 02465 SBA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Summons Re: Hangzhou Yiheng Technologies Co; Summons Re: Econ Group, Inc; Complaint For Copyright Infringement; Certificate Of Interested Parties; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice And Order Re: Annette K. Kowk; Application Of Admission Of Attorney Pro Hac Vice And Order Re: Kenneth J. Sheehan; Application For Admission Of Attorney Pro Hac Vice And Order Re: A. Neal Seth; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:                    Vicon Tech International, Inc.

4. Address where the party was served: Ming Zhong, Agent for Service
                                       20311 Stevens Creek Blvd., Suite D
                                       Cupertino, CA 95014

5. I served the party:
   d. **by other means** On: Mon., Jun. 02, 2008 at: 5:00PM by mailing the copies to the person served, addressed as shown in item 2c, by First Class Mail, postage prepaid, from: Stockton, CA

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DeAnn L. Rippy                                 d. *The Fee for Service was:*
   b. **DLR Litigation Support Services**            e. I am: (3) registered California process server
      242 No. Sutter St-507                              (i)   Owner
      Stockton, CA 95202                                 (ii)  Registration No.:
   c. (209) 937-0348, FAX (209) 937-0349                 (iii) County:            San Joaquin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jun. 03, 2008

                                                                         (DeAnn L. Rippy)

| Judicial Council Form | PROOF OF MAILING | | baker.60985 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | Summons in a Civil Case | | |