| Attorney or Party without Attorney: Baker & Hostletler LLP 600 Anton Blvd-900 Costa Mesa, CA 92626 Telephone No: 714-754-6600   FAX No: 714-754-6611 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of Califronia | |
| Plaintiff: LDS Test and Measurement LLC | |
| Defendant: Vicon Tech International, Inc., et al | |

| PROOF OF SERVICE Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number: C08 02465 SBA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Summons Re: Hangzhou Yiheng Technologies Co; Summons Re: Vicon Tech International, Inc; Complaint For Copyright Infringement; Certificate Of Interested Parties; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice And Order Re: Annette K. Kowk; Application Of Admission Of Attorney Pro Hac Vice And Order Re: Kenneth J. Sheehan; Application For Admission Of Attorney Pro Hac Vice And Order Re: A. Neal Seth; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:      Econ Group, Inc.
   b. Person served:    Ming Zhong

4. Address where the party was served:    20311 Stevens Creek Blvd., Ste D
                                          Cupertino, CA  95014

5. I served the party:
   b. **by substituted service.** On: Thu., Jun. 12, 2008 at: 4:00PM by leaving the copies with or in the presence of:
   Jimmy Fong, ASIAN, Male, 28 Years Old, Black Hair, 5 Feet 8 Inches, 160 Pounds

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Kandefer                              d. *The Fee for Service was:*  $30.00
   b. ABC Legal Services                            e. I am: (3) registered California process server
      242 No Sutter St-211                               (i)  Independent Contractor
      Stockton, CA  95202                                (ii) Registration No.:     1156
   c. 209-937-0348                                       (iii) County:              Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jun. 17, 2008

| Judicial Council Form Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE Summons in a Civil Case | (Michael Kandefer) | baker.61541 |
|---|---|---|---|


ORIGINAL

| Attorney or Party without Attorney: <br> Baker & Hostletler LLP <br> 600 Anton Blvd-900 <br> Costa Mesa, CA 92626 <br> Telephone No: 714-754-6600    FAX No: 714-754-6611 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Califronia | | | | |
| Plaintiff: LDS Test and Measurement LLC | | | | |
| Defendant: Vicon Tech International, Inc., et al | | | | |
| **PROOF OF MAILING** <br> **Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C08 02465 SBA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Summons Re: Hangzhou Yiheng Technologies Co; Summons Re: Vicon Tech International, Inc; Complaint For Copyright Infringement; Certificate Of Interested Parties; Civil Cover Sheet; Application For Admission Of Attorney Pro Hac Vice And Order Re: Annette K. Kowk; Application Of Admission Of Attorney Pro Hac Vice And Order Re: Kenneth J. Sheehan; Application For Admission Of Attorney Pro Hac Vice And Order Re: A. Neal Seth; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:          Econ Group, Inc.
   b. Person served:         Ming Zhong

4. Address where the party was served:    20311 Stevens Creek Blvd., Ste D
                                          Cupertino, CA  95014

5. I served the party:
   d. **by other means** On: Thu., Jun. 12, 2008 at: 5:00PM by mailing the copies to the person served, addressed as shown in item 2c, by First Class Mail, postage prepaid, from: Stockton

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DeAnn L. Rippy                                           d. *The Fee for Service was:*    $30.00
   b. **DLR Litigation Support Services**                      e. I am: (3) registered California process server
   242 No. Sutter St-507                                            (i)   Owner
   Stockton, CA 95202                                               (ii)  Registration No.:
   c. (209) 937-0348, FAX (209) 937-0349                            (iii) County:         San Joaquin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jun. 17, 2008

(DeAnn L. Rippy)

Judicial Council Form          PROOF OF MAILING          baker.61541
Rule 2.150.(a)&(b) Rev January 1, 2007    Summons in a Civil Case

ORIGINAL