| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Baker & Hostetler LLP<br>600 Anton Blvd-900<br>Costa Mesa, CA 92626<br>Telephone No: 714-754-6600    FAX No: 714-754-6611 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court, Northern District Of Califronia | |
| Plaintiff: LDS Test and Measurement LLC | |
| Defendant: Vicon Tech International, Inc., et al | |

| PROOF OF SERVICE<br>Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08 02465 SBA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Summons Re:Vicon Tech International, Inc.; Summons Re: Econ Group, Inc; Complaint for Copyright Infringement; Certificate of Interested Parties; Civil Cover Sheet; Application for Admission of Attorney Pro Hac Vice and Order Re: Annette K. Kowk; Application of Admission of Attorney Pro Hac Vice and Order Re: Kenneth J. Sheehan; Application for Admission of Attorney Pro Hac Vice and Order Re: A. Neal Seth; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:           Hangzhou Yiheng Technologies Co.
   b. Person served:          Ming Zhong

4. Address where the party was served: 20311 Stevens Creek Blvd., Ste D
                                        Cupertino, CA 95014

5. I served the party:
   b. **by substituted service.** On: Thu., Jun. 12, 2008 at: 4:00PM by leaving the copies with or in the presence of:
      Jimmy Fong, ASIAN, Male, 25 Years Old, Black Hair, 5 Feet 8 Inches, 160 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Kandefer                        d. *The Fee for Service was:*  $90.00
   b. **ABC Legal Services**                  e. I am: (3) registered California process server
      242 No Sutter St-211                       (i) Independent Contractor
      Stockton, CA 95202                         (ii) Registration No.:    1156
   c. 209-937-0348                               (iii) County:             Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Tue, Jun. 17, 2008

Judicial Council Form                PROOF OF SERVICE                 (Michael Kandefer)
Rule 2.150.(a)&(b) Rev January 1, 2007   Summons in a Civil Case                          baker.61542



| Attorney or Party without Attorney:<br>Baker & Hostletler LLP<br>600 Anton Blvd-900<br>Costa Mesa, CA 92626<br>Telephone No: 714-754-6600   FAX No: 714-754-6611 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | | | |
| Plaintiff: LDS Test and Measurement LLC | | | | |
| Defendant: Vicon Tech International, Inc., et al | | | | |
| **PROOF OF MAILING**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08 02465 SBA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Summons Re:Vicon Tech International, Inc.; Summons Re: Econ Group, Inc; Complaint for Copyright Infringement; Certificate of Interested Parties; Civil Cover Sheet; Application for Admission of Attorney Pro Hac Vice and Order Re: Annette K. Kowk; Application of Admission of Attorney Pro Hac Vice and Order Re: Kenneth J. Sheehan; Application for Admission of Attorney Pro Hac Vice and Order Re: A. Neal Seth; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:           Hangzhou Yiheng Technologies Co.
   b. Person served:          Ming Zhong

4. Address where the party was served:    20311 Stevens Creek Blvd., Ste D
                                          Cupertino, CA 95014

5. I served the party:
   d. **by other means** On: Thu., Jun. 12, 2008 at: 5:00PM by mailing the copies to the person served, addressed as shown in item 2c, by First Class Mail, postage prepaid, from: stockton

7. **Person Who Served Papers:**                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DeAnn L. Rippy                       d. *The Fee* for Service was:   $90.00
   b. **DLR Litigation Support Services**   e. I am: (3) registered California process server
      242 No. Sutter St-507                    (i)   Owner
      Stockton, CA 95202                       (ii)  Registration No.:
   c. (209) 937-0348, FAX (209) 937-0349       (iii) County:             San Joaquin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Jun. 17, 2008

   _____
   (DeAnn L. Rippy)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF MAILING<br>Summons in a Civil Case | baker.61542 |
|---|---|---|

ORIGINAL