1   JOSEPH L. CHAIREZ, Bar No. 98698
    EMILY R. FRANK, Bar No. 232939
2   BAKER & HOSTETLER LLP
    600 Anton Boulevard, Suite 900
3   Costa Mesa, California 92626-7221
    Telephone:   714.754.6600
4   Facsimile:   714.754.6611

5   KENNETH J. SHEEHAN (*pro hac vice*)
    A. NEAL SETH (*pro hac vice*)
6   ANNETTE K. KWOK (*pro hac vice*)
    BAKER HOSTETLER LLP
7   1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-1500
8   Telephone:   202.861.1500
    Facsimile:   202.861.1783

Attorneys for Plaintiff

LDS TEST AND MEASUREMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LDS TEST AND MEASUREMENT LLC, | Case No. C08 02465 SBA |
| Plaintiff, | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| v. | |
| VICON TECH INTERNATIONAL, INC.; ECON GROUP, INC.; HANGZHOU YIHENG TECHNOLOGIES CO., LTD, and DOES 1-10, inclusive, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and that they:

☒   have not yet reached an agreement to an ADR process

☐   request an Early Settlement Conference with a Magistrate Judge

Date of Case management Conference:   September 4, 2008

NOTICE OF NEED FOR ADR PHONE CONFERENCE

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| A. Neal Seth | LDS Test and Measurement LLC | 202-861-1775 | nseth@bakerlaw.com |
| Steven Manchester | Vicon Tech International | 408-287-6193 | smanchester@mwslaw.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Concurrence in the filing of this document has been obtained from counsel for defendant Vicon Tech International, Inc.

Dated: August 14, 2008        */s/ A. Neal Seth*
                              Attorneys for Plaintiff

Dated: August 14, 2008        */s/ Steven Manchester*
                              Attorneys for Defendant Vicon Tech International

Dated: August 14, 2008        BAKER HOSTETLER LLP

                              By:  */s/ Emily R. Frank*
                              JOSEPH L. CHAIREZ, Bar No. 98698
                              EMILY R. FRANK, Bar No. 232939
                              BAKER & HOSTETLER LLP
                              600 Anton Boulevard, Suite 900
                              Costa Mesa, California 92626-7221
                              Telephone:    714.754.6600
                              Facsimile:    714.754.6611

                              KENNETH J. SHEEHAN (*pro hac vice*)
                              A. NEAL SETH (*pro hac vice*)
                              ANNETTE K. KWOK (*pro hac vice*)
                              BAKER HOSTETLER LLP
                              1050 Connecticut Avenue, N.W.
                              Washington, D.C. 20036-1500
                              Telephone:    202.861.1500
                              Facsimile:    202.861.1783

                              Attorneys for Plaintiff
                              LDS TEST AND MEASUREMENT LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

**PROOF OF SERVICE**

I, Rachel Brown, declare:

I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Anton Boulevard, Suite 900, Costa Mesa, California 92626-7221. On August 14, 2008, I served a copy of the within document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

☐ by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Steven Rowe Manchester<br>Manchester,Williams & Seibert<br>125 S. Market Street, Suite 1100<br>San Jose, CA 95113<br>tele: 408.287.6193<br>fax: 408.287.1554<br>e-mail: smanchester@mwslaw.net | Attorney for Defendant<br>Vicon Tech International, Inc. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ / /

1   I declare that I am employed in the office of a member of the bar of this court at whose
2   direction the service was made.
3   Executed on August 14, 2008, at Costa Mesa, California.

/s/ *Rachel Brown*
Rachel Brown