1    JOSEPH L. CHAIREZ, Bar No. 98698
     EMILY R. FRANK, Bar No. 232939
2    BAKER & HOSTETLER LLP
     600 Anton Boulevard, Suite 900
3    Costa Mesa, California 92626-7221
     Telephone:    714.754.6600
4    Facsimile:    714.754.6611

5    KENNETH J. SHEEHAN (*pro hac vice*)
     A. NEAL SETH (*pro hac vice*)
6    ANNETTE K. KWOK (*pro hac vice*)
     BAKER HOSTETLER LLP
7    1050 Connecticut Avenue, N.W.
     Washington, D.C. 20036-1500
8    Telephone:    202.861.1500
     Facsimile:    202.861.1783
9
     Attorneys for Plaintiff
10
     LDS TEST AND MEASUREMENT LLC
11

12

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

17   LDS TEST AND MEASUREMENT LLC,        Case No.  C08 02465 SBA

18              Plaintiff,                **PLAINTIFF, LDS TEST AND
                                          MEASUREMENT LLC's ADR
19        v.                              CERTIFICATION**

20   VICON TECH INTERNATIONAL, INC.;
     ECON GROUP, INC.; HANGZHOU
21   YIHENG TECHNOLOGIES CO., LTD,
     and DOES 1-10, inclusive,
22
                Defendants.
23

24        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

25   he or she has:

26   (1)   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of
           California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited
27         printed copies are available from the clerk's office for parties in cases not subject to the
           court's Electronic Case Filing program (ECF) under General Order 45)*;
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

(2)    Discussed the available dispute resolution options provided by the Court and private entitles; and

(3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 14, 2008            LDS TEST AND MEASUREMENT LLC

                                  By:  */s/ David Galyardt*
                                  _____


                                  BAKER HOSTETLER LLP
Dated: August 14, 2008

                                  By:  /s/ *A. Neal Seth*
                                  _____


Dated: August 14, 2008            BAKER HOSTETLER LLP

                                  By:  */s/ Emily R. Frank*
                                  _____
                                  JOSEPH L. CHAIREZ, Bar No. 98698
                                  EMILY R. FRANK, Bar No. 232939
                                  BAKER & HOSTETLER LLP
                                  600 Anton Boulevard, Suite 900
                                  Costa Mesa, California 92626-7221
                                  Telephone:    714.754.6600
                                  Facsimile:    714.754.6611

                                  KENNETH J. SHEEHAN (*pro hac vice*)
                                  A. NEAL SETH (*pro hac vice*)
                                  ANNETTE K. KWOK (*pro hac vice*)
                                  BAKER HOSTETLER LLP
                                  1050 Connecticut Avenue, N.W.
                                  Washington, D.C. 20036-1500
                                  Telephone:    202.861.1500
                                  Facsimile:    202.861.1783

                                  Attorneys for Plaintiff

                                  LDS TEST AND MEASUREMENT LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 2 -

**PROOF OF SERVICE**

I, Rachel Brown, declare:

I am employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 600 Anton Boulevard, Suite 900, Costa Mesa, California  92626-7221.  On August 14, 2008, I served a copy of the within document(s):

**PLAINTIFF, LDS TEST AND MEASUREMENT LLC's ADR CERTIFICATION**

☐    by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Steven Rowe Manchester          Attorney for Defendant
Manchester,Williams & Seibert    Vicon Tech International, Inc.
125 S. Market Street, Suite 1100
San Jose, CA 95113
tele: 408.287.6193
fax: 408.287.1554
e-mail: smanchester@mwslaw.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 3 -

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2008, at Costa Mesa, California.


/s/ *Rachel Brown*
Rachel Brown

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 4 -