Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, Vicon Tech International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LDS TEST AND MEASUREMENT, LLC, ) | Case No. C 08 02465 SBA |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATION OF INTERESTED |
| vs. ) | ENTITIES OR PERSONS: LOCAL RULE 3-16 |
| ) | |
| VICON TECH INTERNATIONAL, INC.; ) | |
| ECON GROUP INC.; HANGZHOU YIHENG ) | |
| TECNOLOGIES CO., LTD and DOES 1-10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 27, 2008              _____/s/_____
                                    Steven R. Manchester

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
Certificate of Interested Entities or Persons

1

Case 4:08-cv-02465-SBA     Document 20     Filed 08/27/2008     Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
Certificate of Interested Entities or Persons

2