Steven R. Manchester (State Bar No. 45589)
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, Vicon Tech International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LDS TEST AND MEASUREMENT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VICON TECH INTERNATIONAL, INC.; ) <br> ECON GROUP INC.; HANGZHOU YIHENG ) <br> TECNOLOGIES CO., LTD and DOES 1-10, ) <br> inclusive, ) <br> ) <br> Defendants. ) | Case No. C 08 02465 SBA <br><br> ADR CERTIFICATION BY VICON TECH INTERNATIONAL, INC. AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/27/08                                                                 _____s_____
                                                                                              Fernando Chen/Vicon Tech
                                                                                              [Party]

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
ADR Certification by Vicon Tech International, Inc. and Counsel

1

1
2  Dated: 8/27/08                                    _____s_____
3                                                  Steven R. Manchester
                                                   [Counsel]
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LDS TEST & MEASUREMENT LLC, v. VICON TECH INTERNATIONAL, INC., et al. – C 08 02465 SBA
ADR Certification by Vicon Tech International, Inc. and Counsel

2