UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
SEP 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LDS TEST AND MEASUREMENT LLC,

    Plaintiff,

v.

VICON TECH INTERNATIONAL, INC., ECON GROUP, INC., and HANGZHOU YIHENG TECHNOLOGIES,

    Defendants.

No. 08-02465 SBA

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[Docket No. 9]

Neal Seth, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Baker & Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, NW, Washington, DC 20036, (202) 861-1500, has applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiff LDS Test and Measurement LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with local co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

9-2, 2008

Saundra Brown Armstrong
United States District Judge